UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REVEREND WESLEY CRAWFORD SR., ) <br> SHONTELLE CRAWFORD ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DONNA WARREN, DISTRICT ) <br> MANAGER, UNITED STATES ) <br> DEPARTMENT OF SOCIAL SECURITY, ) <br> 5300 OFFICE PARK DRIVE, ) <br> BAKERSFIELD, CALIFORNIA 93309, ) <br> ) <br> ) <br> Defendant. ) <br> ) | 1:10-cv-00228-AWI-JLT <br><br> FINDINGS AND RECOMMENDATIONS DISMISSING COMPLAINT WITH PREJUDICE |

Plaintiffs are proceeding in forma pauperis and pro se with an action seeking judicial review of a determination of the Social Security Administration.

On March 4, 2010, the Court dismissed Plaintiffs' complaint, noting that they failed to state the facts upon which the Court's jurisdiction depends, including failing to allege that a final decision had been made by the Agency in their case, failing to identify the name of the administrative proceeding, and failing to provide the date of the decision or the date upon which notice of the decision was mailed. (Doc. 4 at 4). In addition, the Court noted that the complaint failed to provide the last four digits of each plaintiff's social security number and failed to name the proper defendant, the Commissioner of the Social Security Administration. (Id. at 4-5).

1  The Court granted Plaintiffs thirty days to file an amended complaint rectifying these deficiencies. (Doc. 4 at 5, 6). Plaintiffs were admonished that failure to file a timely amended complaint would be considered a failure to comply with an order of the Court and lead to a recommendation by the Magistrate Judge that this action be dismissed pursuant to Local Rule 110. (Id.). Thirty days have elapsed and Plaintiffs have not filed an amended complaint. Therefore, the Court concludes that Plaintiffs have abandoned their lawsuit.

**RECOMMENDATION**

Based on the foregoing, the Court recommends,

1. That the complaint (Doc. 1) be DISMISSED, with prejudice, for failure to comply with the Court's order to file an amended complaint.

These Findings and Recommendations are submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California. Within fourteen (14) days after being served with a copy, Plaintiffs may file written objections with the Court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The District Judge will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636(b)(1)(C). Failure to file objections within the specified time may waive the right to appeal the District Judge's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:  **April 12, 2010**                         **/s/ Jennifer L. Thurston**
                                                   UNITED STATES MAGISTRATE JUDGE